IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| DONNIE C. SELF and ) | |
| CHRISTOPHER DALE DOWELL, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Case No. 3:11-cv-00582 |
| ) | |
| CITY OF LEBANON, TENNESSEE, ) | JUDGE HAYNES |
| BILLY WEEKS, individually and in his ) | |
| capacity as Commissioner of Public ) | JURY DEMAND |
| Safety for the City of Lebanon, Tennessee, ) | |
| and PHILLIP CRAIGHEAD, individually ) | |
| and in his official capacity as Mayor of ) | |
| the City of Lebanon, Tennessee, ) | |
| ) | |
| Defendants. ) | |

### DEFENDANT BILLY WEEKS' MOTION FOR LEAVE TO FILE REPLY

Defendant Billy Weeks ("Defendant Weeks"), by and through counsel, seeks leave of Court to file a *Reply* to the Plaintiffs' *Response* to Defendant Weeks' *Motion to Dismiss*. As grounds for this Motion, Defendnat Weeks states that the Response contains several inaccuracies regarding the content of the Complaint and regarding the law that applies to Defendant Weeks' motion. Defendant Weeks submits that his proposed reply brief, attached hereto as Exhibit 1, which addresses these matters, will assist the Court in its evaluation of the *Motion to Dismiss*.

Wherefore, Defendant Bill Weeks respectfully moves that the Court grant leave to file the proposed reply brief.

Respectfully Submitted,

/s/ *Bryan E. Pieper*
BRYAN E. PIEPER, BPR #016852
PETER C. ROBISON, BPR #027498
**DRESCHER HELLER PIEPER MARTIN, P.C.**
1720 West End Avenue, Suite 300
Nashville, TN 37203
Phone: (615) 425-7111

*Attorneys for Defendant Billy Weeks*

## CERTIFICATE OF SERVICE

I hereby certify that on this 21st day of November, 2011, a copy of the foregoing has been delivered the Court's electronic filing system upon:

Richard M. Brooks, Esq.
130 Third Avenue, W
Carthage, TN 37030

*Attorney for Plaintiff Donnie C. Self*

G. Frank Lannom, Esq.
LANNOM & WILLIAMS
137 Public Square
Lebanon, TN 37087

*Attorney for Plaintiff Christopher Dale Dowell*

William N. Bates, Esq.
Jennifer Orr Locklin, Esq.
FARRAR & BATES
211 Seventh Avenue, North
Suite 500
Nashville, TN 37219

*Attorneys for the City of Lebanon, Tennessee*

Robert M. Burns, Esq.
HOWELL & FISHER
Court Square Building
300 James Robertson Parkway
Nashville, TN 37201-1107

*Attorneys for Mayor Phillip Craighead*

/s/ *Bryan E. Pieper*
Bryan E. Pieper